UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANTHONY BURRIOLA,

                Plaintiff,

v.

STATE OF NEVADA et al.,

                Defendants.

Case No. 2:19-cv-01936-RFB-NJK

ORDER

## I. DISCUSSION

On November 16, 2020, this Court dismissed this action with prejudice because Plaintiff failed to file a first amended complaint in compliance with this Court's prior order. (ECF No. 15). However, on that same day, Plaintiff filed his first amended complaint. (ECF No. 14). The Clerk of the Court entered judgment on November 17, 2020 and closed the case. (ECF No. 16).

It appears that Plaintiff filed his first amended complaint at the same time that the Court docketed its dismissal order. The Court now vacates the dismissal order (ECF No. 15) and judgment (ECF No. 16) and reopens this case. The Court will screen the first amended complaint (ECF No. 14) in a separate screening order in the future.

## II. CONCLUSION

For the foregoing reasons, it is ordered that the Clerk of Court vacate the dismissal order (ECF No. 15) and judgment (ECF No. 16) in this case.

It is further ordered that the Clerk of Court reopen this case.

It is further ordered that the Court will issue a screening order on the first amended complaint (ECF No. 14) in a separate order in the future.

///

///

///

///

It is further ordered that the Clerk of the Court reinstate the application to proceed *in forma pauperis* (ECF No. 6) as an active, pending motion.

DATED THIS 18th day of November 2020.

_____
RICHARD F. BOULDWARE, II
UNITED STATES DISTRICT JUDGE